396 A.2d 815

Baum et al. v. Schroeder, Appellant.

Argued October 23, 1978. David P. McSorley, for appellant; William A. Steidle, Jr., for appellees.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.

396 A.2d 815

Bertos Restaurant, Inc. v. Reading Mutual Insurance Company, Appellant.

Argued October 23, 1978. Richard F. Andracki, for appellant; William R. Haushalter, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.